# EXHIBIT A

## Invoice Itemization for Amounts Owed by Defendant

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**SCA Pharmaceuticals LLC**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 18000631 | 4232874 | 1/5/2023 | 2/4/2023 | $ 115,200.00 | $ 115,200.00 |
| 18000631 | 4274299 | 2/20/2023 | 3/22/2023 | $ 46,080.00 | $ 46,080.00 |
| | | | **Totals:** | **$ 161,280.00** | **$ 161,280.00** |